# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THE AF1 EXHIBIT LLC *et al.*    ) | |
| ) | |
| *Plaintiffs*,    ) | Civil Case No.: 1:24-cv-00192-RDB |
| ) | |
| v.    ) | |
| ) | |
| NH SPECIAL EVENTS, LLC    ) | |
| ) | |
| *Defendant.*    ) | |

## ORDER

Upon consideration of the parties' Joint Motion for Additional Extension of Scheduling Order ("Joint Motion"), it is hereby

ORDERED, on this 7th day of November, 2025, that the Joint Motion be, and hereby is, GRANTED, and it is further

ORDERED, that the Scheduling Order is hereby modified as follows:

| Deadline | Current Date | Proposed Date |
|---|---|---|
| Plaintiff's Rule 26(a)(2) Expert Disclosures | October 6, 2025 | January 6, 2026 |
| Defendant's Rule 26(a)(2) Expert Disclosures | November 6, 2025 | February 6, 2026 |
| Plaintiff's Rebuttal Rule 26(a)(2) Expert Disclosures | November 20, 2025 | February 20, 2026 |
| Rule 26(e)(2) Supplementation of Disclosures and Reponses | November 27, 2025 | February 27, 2026 |
| Completion of Discovery; Submission of Status Report | December 22, 2025 | March 23, 2026 |
| Request for Admission | December 29, 2025 | March 30, 2026 |

| Dispositive Pretrial Motions Deadline | January 19, 2026 | April 24, 2026 |
|---|---|---|

/s/
_____
The Honorable Richard D. Bennett
United States District Court Judge